# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 31, 2023

Lyle W. Cayce
Clerk

————————

No. 23-60098
Summary Calendar

————————

Jose Hector Olivo Saucedo,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A087 935 112

_____

Before Dennis, Engelhardt, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Jose Hector Olivo Saucedo, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from an order of an Immigration Judge ordering him removed and denying his application for special rule cancellation of removal pursuant to 8 U.S.C. § 1229b(b)(2).

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-60098

Considering Saucedo's arguments, we lack jurisdiction to review his challenges to the BIA's hardship determination. *See Castillo-Gutierrez v. Garland*, 43 F.4th 477, 481 (5th Cir. 2022) (per curiam) (citing *Patel v. Garland*, 142 S. Ct. 1614, 1622 (2022)). Because the adverse hardship determination is dispositive of Saucedo's application for special rule cancellation of removal, the petition for review is DENIED.